IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00369–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ELIZABETH A. DEVER,

      Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion to Transfer Case to Magistrate Judge" (#14, filed November 20, 2006) is GRANTED.

The trial scheduled for November 27, 2006, is VACATED.

Dated: November 20, 2006